THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MATTHEW D. DODGE,<br><br>Plaintiff,<br><br>v.<br><br>CAROLYN W. COLVIN, Commissioner of Social Security,<br><br>Defendant. | CASE NO. C13-1701-JCC<br><br>ORDER |

This matter comes before the Court on the Report and Recommendation of the Honorable Brian A. Tsuchida, United States Magistrate Judge. (Dkt. No. 24). No objections have been filed. Having thoroughly considered the Report and Recommendation, the parties' briefing, and the balance of the record, the Court hereby ORDERS:

1) The Court ADOPTS the Report and Recommendation in full.

2) The Commissioner's decision is REVERSED and the case is REMANDED to the Social Security Administration for further proceedings consistent with the Report and Recommendation.

3) The Clerk is DIRECTED to send copies of this Order to the parties and to Judge Tsuchida.

//

//

1     DATED this 11th day of June 2014.

                                                      John C. Coughenour
                                                      UNITED STATES DISTRICT JUDGE

ORDER
PAGE - 2